```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A05-0090--CV (JWS)
                "SOUTH COAST INC ET AL V AK MARINE SURVEYORS"

        Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  dkt 14
            Filed:  04/29/05
           Closed:  NO

     Jurisdiction:  (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (120) Marine
                    TO EXTINGUISH AN IN REM MARITIME LIEN
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Paid $250.00 on 05/29/05 receipt # 00125597
         Trial by:
```

Parties of Record:                        Counsel of Record:

PLF 1.1        SOUTH COAST INC            Cabot C. Christianson
                                          Christianson & Spraker
                                          911 W. 8th Avenue, Suite 302
                                          Anchorage, AK 99501
                                          907-258-6016

PLF 2.1        SUNNY POINT, THE BARGE     Cabot C. Christianson
                                          (see above)

DEF 1.1        ALASKA MARINE SURVEYORS INC   Richard E. Welsh
                                          Law Office of Richard E. Welsh
                                          POB 100100
                                          Anchorage, AK 99510-0100
                                          907-222-1721
                                          FAX 907-222-1997

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0090--CV (JWS)
                      "SOUTH COAST INC ET AL V AK MARINE SURVEYORS"

                                   For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  dkt 14
             Filed:  04/29/05
            Closed:  NO

      Jurisdiction:  (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine
                     TO EXTINGUISH AN IN REM MARITIME LIEN
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Paid $250.00 on 05/29/05 receipt # 00125597
          Trial by:


 Document #   Filed     Docket text

      1 -  1  04/29/05  Complaint filed; Summons issued.

      2 -  1  05/05/05  PLF 1-2 Return of Service Executed 5/4/05.

   NOTE -  1  05/09/05  Issued: summons re: DEF 1.

      3 -  1  05/12/05  PLF 1-2 Return of Service Unexecuted re: DEF 1.

      4 -  1  05/26/05  PLF 1-2 Return of Service Executed re: DEF 1 on 5-25-05.

      5 -  1  06/14/05  DEF 1 Attorney Appearance of Richard E. Welsh.

      6 -  1  06/14/05  DEF 1 Answer to Complaint.

      7 -  1  06/14/05  DEF 1 Counterclaim w/att exhs.

      8 -  1  06/14/05  DEF 1 motion for summary judgment w/att exhs.

      9 -  1  06/14/05  DEF 1 motion for order authorizing issuance of arrest warrant and
                        directing clerk to hold process in abeyance.

     10 -  1  06/15/05  JWS Order granting mot for ord authorizing issuance of arrest war &
                        directing clk to hold process in abeyance (9-1); period of abeyance
                        expires on 8/29/05. cc: cnsl

     11 -  1  06/20/05  DEF 1 Notice of filing original signed verification of counterclaim &
                        declaration of Jack L. McFarland w/att docs.

     12 -  1  07/05/05  Stipulation for ext of time until 7/12/05 for plfs to respond to mot for
                        sj.

     12 -  2  07/06/05  JWS Order approving stip for ext of time until 7/12/05 for plfs to
                        respond to mot for sj (12-1). cc: cnsl

     13 -  1  07/12/05  PLF 1-2 opposition to DEF 1 motion for summary judgment (8-1).

     14 -  1  07/12/05  PLF 1-2 motion for order authorizing cash bond, & prohibiting in rem
                        process to be issued against vessel.
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0090--CV (JWS)
                        "SOUTH COAST INC ET AL V AK MARINE SURVEYORS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 07/13/05 | PLF 1-2 Answer to Counterclaim. |
| 16 - 1 | 07/21/05 | DEF 1 reply to opposition to DEF 1 motion for summary judgment (8-1). |
| 17 - 1 | 07/28/05 | DEF 1 opposition to DEF 1 motion for order authorizing cash bond, & prohibiting in rem process to be issued against vessel (14-1) w/att exh. |
| 18 - 1 | 08/04/05 | PLF 1-2 reply to opposition to DEF 1 motion for order authorizing cash bond, & prohibiting in rem process to be issued against vessel (14-1). |
| 19 - 1 | 08/09/05 | DEF 1 Notice of fiing original signed declarationof Jack L. McFarland in support of oppo re: PLF 1-2 motion for order authorizing cash bond, & prohibiting in rem process to be issued against vessel (14-1) w/att declaration. |
| 20 - 1 | 08/10/05 | JWS Minute Order referring to MJ Roberts mot for ord authorizing cash bond, & prohibiting in rem process to be issued against vessel (14-1) for determination. cc: cnsl, MJ Roberts |
| 21 - 1 | 08/12/05 | JDR Minute Order re hrg on plfs mot for order authorizing cash bond, and prohibiting in rem process to be issued against vessel (14-1) is set for 9/7/05 at 9:30 a.m. cc: cnsl |
| 22 - 1 | 08/15/05 | JDR Minute Order the hrg on plf's mot for order authorizing cash bond set for 9/7/05 at 9;30 a.m. in VACATED and RESET for 8/17/05 at 2:30 p.m. The clerk shall give telephonic notification. cc: cnsl |
| 23 - 1 | 08/16/05 | JDR Minute Order re hrg on pltf's mot for order authorizing cash bond RESET for 8/29/05 at 9:30 a.m. cc: cnsl |
| 24 - 1 | 08/24/05 | JDR Minute Order re hrg set for 8/29/05 at 9:30 a.m. is RESET for 11:00 a.m. cc: cnsl |
| 25 - 1 | 08/26/05 | PLF 1 motion for summary judgment w/att aff & exhs. |
| 26 - 1 | 08/26/05 | PLF 1 motion on shortened time to continue hearing set for 8/29/05. |
| 27 - 1 | 08/26/05 | JWS Order denying mot on shortened time to continue hrg set for 8/29/05 (26-1). cc: cnsl, MJ Roberts |
| 28 - 1 | 08/29/05 | JDR Court Minutes [ECR: Elisa Singleton] re Hrg on Plt's Mot for Order Authorizing Cash Bond, & Prohibiting in Rem process to be issued against vessel (held 8/29/05); plt to file a surety bond by 9/12/05; parties to file silumtaneorus briefing re cash bond in lieu of surety bond by 9/6/06. cc: cnsl, Judge Sedwick |
| 29 - 1 | 08/29/05 | JWS Order granting motion for summary judgment (8-1); clerk & parties to henceforth use the caption used on this order which correctly identfies the barge Sunny Point. cc: cnsl |
| 30 - 1 | 08/31/05 | PLF 1-2 Notice of lodged order re security in lieu of vessel arrrest. |
| 31 - 1 | 09/06/05 | DEF 1 briefing re: cash bond in lieu of surety bond re: PLF 1-2 motion for order authorizing cash bond, & prohibiting in rem process to be issued against vessel (14-1). |
| 32 - 1 | 09/07/05 | PLF 1-2 Notice re: status of bond. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0090--CV (JWS)
                       "SOUTH COAST INC ET AL V AK MARINE SURVEYORS"

                                 For all filing dates


 Document #    Filed     Docket text

    33 -  1  09/09/05   JDR Order denying motion for order authorizing cash bond, & prohibiting
                        in rem process to be issued (14-1); crt orders security in lieu of
                        arrest of the SUNNY POINT is set for $18,000 & shall be in the form of a
                        surety bond as directed & be fld by 9/12/05, otherwise Alaska Marine
                        Surveyors, Inc. is entitled to pursue arrest of the SUNNY POINT. cc:
                        cnsl, Finance, USM

    34 -  1  09/13/05   PLF 1-2; DEF 1 Stipulation for ext of time until 9/16/05 to file oppo to
                        plfs' mot for sj.

    34 -  2  09/14/05   Order approving stip for ext of time until 9/16/05 to file oppo to plfs'
                        mot for sj (34-1). cc: cnsl

    35 -  1  09/14/05   PLF 1-2 Notice of filing surety bond(receipt # 3556). (original bond
                        placed in vault for safe keeping)

    36 -  1  09/16/05   DEF 1 opposition to PLF 1 motion for summary judgment (25-1) w/att
                        notice, declaration & exhs.

    36 -  2  09/16/05   DEF 1 motion (cross) for summary judgment w/att decla & exhs.

    37 -  1  09/26/05   DEF 1 Notice of filing orig sign pg of declaration of J. McFarland in
                        support of oppo to PLF 1 motion for summary judgment (25-1) w/att pg.

    38 -  1  10/05/05   Stipulation that plf's combined reply & oppo to plf's sj mot & def's
                        cross-mot for sj is due 10/20/05.

    38 -  2  10/06/05   Order approving stip that plf's combined reply & oppo to plf's sj mot &
                        def's cross-mot for sj due 10/20/05 (38-1). cc: cnsl

    39 -  1  10/18/05   DEF 1 motion for partial summary judgment re: injurious falsehood w/att
                        decla & exhs.

    40 -  1  10/19/05   PLF 1 reply to opposition to PLF 1 motion for summary judgment (25-1)
                        w/att exhs.

    40 -  2  10/19/05   PLF 1 opposition to DEF 1 motion (cross) for summary judgment (36-2)
                        w/att exhs.

    41 -  1  10/31/05   DEF 1 Notice of filing orig affs of D. Wells & J. Sessoms re: DEF 1
                        motion for partial summary judgment re: injurious falsehood (39-1) w/att
                        affs.

    42 -  1  10/31/05   DEF 1 reply to opposition to DEF 1 motion (cross) for summary judgment
                        (36-2) w/att exh.

    43 -  1  11/08/05   DEF 1 Notice of filing orig signed declaration of J.Moore re: reply to
                        oppo re: DEF 1 motion (cross) for summary judgment (36-2) w/att
                        declaration.

    44 -  1  11/14/05   PLF 1-2 motion for extension of time to 12/5/05 to oppose defendants'
                        motion for summary judgment for injurious falsehood w/att aff.

    45 -  1  11/16/05   JWS Order granting mot for ext of time to 12/5/05 to oppose defs' mot
                        for sj (44-1). cc: cnsl


ACRS: R_VDSDX              As of 12/01/05 at 3:26 PM by GARRY                      Page 3
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A05-0090--CV (JWS)
                     "SOUTH COAST INC ET AL V AK MARINE SURVEYORS"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 46 - 1 | 11/17/05 | DEF 1 opposition to PLF 1-2 motion for extension of time to 12/5/05 to oppose defendants' motion for summary judgment for injurious falsehood (44-1). |
| 47 - 1 | 11/28/05 | PLF 1-2 reply to opposition to PLF 1-2 motion for extension of time to 12/5/05 to oppose defendants' motion for summary judgment for injurious falsehood (44-1). |