FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 4: 31

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT, <br><br> Plaintiffs, <br><br> v. <br><br> Alaska Marine Surveyors, Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) **Case No. A05-0090 CV (JWS)** |

### NOTICE OF FILING UNSIGNED AFFIDAVIT OF THOMAS A. CRANDALL

Undersigned hereby gives notice of filing the Affidavit of Thomas A. Crandall with out a signature as Mr. Crandall resides in Ketchikan, Alaska. The original signature will be filed upon receipt of the same.

Respectfully submitted this 5th day of December 2005.

CHRISTIANSON & SPRAKER
Attorneys for Plaintiffs

By_____
Cabot Christianson

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

Page 1 Notice of Filing Unsigned Affidavit
H:\unsigned affidavit.wpd

49

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2005, the foregoing document was mailed to:

- Richard E. Welsh, Esq.
  PO Box 100100
  Anchorage, AK 99510

- Geoffrey Currall, Esq.
  540 Water Street, #302
  Ketchikan, AK 99901

By _____
Margaret Stroble

Law Office Of
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 302 • Anchorage, Alaska 99501
Phone: (907) 258-6016 • Fax: (907) 258-2026

Page 2 Notice of Filing Unsigned Affidavit
H:\unsigned affidavit.wpd