FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 13 PM 4:10

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

South Coast, Inc. and the barge SUNNY POINT,

Plaintiffs,

v.

Alaska Marine Surveyors, Inc.,

Defendant.

**Case No. A05-0090 CV (JWS)**

**NOTICE OF FILING ORIGINAL SIGNATURE OF THOMAS L. CRANDALL**

Undersigned hereby gives notice of filing the original and signed Affidavit of Thomas L. Crandall. Notice of filing the unsigned affidavit was filed on 12/5/05 at DE #49.

Respectfully submitted this 13th day of December 2005.

CHRISTIANSON & SPRAKER
Attorneys for Plaintiffs

By_______________________
Cabot Christianson

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

50

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 13th, 2005, the foregoing document was mailed to:

- Richard E.Welsh, Esq.
  PO Box 100100
  Anchorage, AK 99510

- Geoffrey Currall, Esq.
  540 Water Street, #302
  Ketchikan, AK 99901

By ______________________
Margaret Stroble

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

PAGE 2 NOTICE OF FILING ORIGINAL SIGNATURE
H:\2501\SCOAST V. AK MARINE SURVEYORS\SIGNATURE.ORIGINAL.NOTICE.WPD

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

South Coast, Inc. and the F/V SUNNY POINT, in rem,

Plaintiffs,

v.

Alaska Marine Surveyors, Inc.,

Defendant.

**Case No. A05-0090 CV (JKS)**

Alaska Marine Surveyors, Inc.,

Counterclaimant,

v.

South Coast, Inc. and Barge SUNNY POINT (O.N. 604217), her engines, tackle, gear, apparel, furniture, and equipment, in rem,

Counterclaim Defendants.

**SECOND AFFIDAVIT OF THOMAS L. CRANDALL**

STATE OF ALASKA )
)ss.
FIRST JUDICIAL DISTRICT )

PAGE 1 SECOND AFFIDAVIT OF THOMAS L. CRANDALL
H:\2501\SCOAST V. AK MARINE SURVEYORS\2D CRANDALL AFF.WPD

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

Thomas L. Crandall, being first duly sworn, states as follows:

1. My name is Thomas L. Crandall. I am president of South Coast, Inc., plaintiff herein. I have personal knowledge of the facts stated in this affidavit.

2. In the fall of 2004, South Coast, Inc. sold the vessel F/V Sunny Point to Box-It, LLC for the price $550,000, payable $506,000 in cash plus equipment valued at $44,000. I executed bill of sale to Box-It on September 15, 2004. As of that date, AMS had not filed any liens against the vessel.

3. The sale closed through Kim Marine, a marine broker in Seattle, Washington. Kim Marine is a very experienced closer of marine transactions whose office is located in Seattle, Washington.

4. My understanding of how vessel sales are closed is that the marine broker, here Kim Marine, checks the abstract of title maintained by the U. S. Coast Guard on documented vessels; and he satisfies himself that any liens that exist on the vessel as of the date of closing can be satisfied either by payment, escrow, or other arrangement. Prior to closing, Kim obtains a bill of sale from the seller which he holds until closing. The bill of sale states that the vessel is free and clear, even though at the time the bill of sale is executed there may be liens of record. At closing, Kim distributes the proceeds to the lien claimants and vessel owner in the order of priority. That is, he removes all liens at closing so that the buyer has clear title and so that the buyer's lender, if any, is in a first position on the vessel. I have been involved in numerous vessel purchase or sale transactions, and this is how all the sales that I have been involved in have been handled.

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

5. I do not recall at this point in time whether I saw an abstract of title on the vessel prior to September 15, 2004, or whether I simply proceeded under the assumption that the vessel closing would proceed as set forth in the preceding paragraph.

6. If, on September 15, 2004, someone had asked me who Jack McFarland was, or who Alaska Marine Surveyors, Inc. was, I could not have answered the question. I had no contact with Mr. McFarland or Alaska Marine Surveyors until after the closing.

7. At the time of these events, the marine division of South Coast, Inc., which included matters concerning the Sunny Point, were the responsibility of a South Coast employee named Eric Collins. I have reviewed Jack McFarland's email to Eric Collins dated August 25, 2004 (Exhibit A, page 17 to AMS's motion for summary judgment filed September 16, 2005), and I note that the last paragraph states that if payment is not received within 30 days, AMS intended to file a lien against the vessel. I did not know of the existence of this email or this possibility until well after the vessel sale closed.

8. According to the vessel abstract of title, on approximately September 28, 2004, AMS executed a maritime lien against the Sunny Point in the amount $19,913.44. The lien was recorded October 5, 2004. The next day, October 6, 2004, the bill of sale to the buyer was recorded, as was a preferred mortgage to the buyer's lender. (Exhibit A to AMS's motion for summary judgment re: injurious falsehood).

9. I note that two liens that were filed before October 6, 2004 were not satisfied in the closing. One is a $1,392.50 lien filed August 5, 2004 by Island Tug & Barge, and the other is the lien filed by AMS. I do not know how these liens escaped Kim Marine's attention.

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

10. I first learned that the Island Tug & Barge lien had not been satisfied through AMS's motion for summary judgment re: injurious falsehood. On November 28, 2005, I sent funds in the amount of the lien to Kim Marine with instructions to cause the lien to be released.

11. The way I found out about the AMS lien was either from Kim Marine, or from Box-It. I do not recall the exact order of telephone calls, but several months after closing, I realized that South Coast had not received a bill of sale for the equipment that was part of the sale. It was then that I learned about the AMS lien: Box-It's response was that AMS's lien on the vessel had clouded title and that the bill of sale would be held up until the title was cleared. Kim confirmed that the AMS lien had been filed.

12. I thereupon made contact with Jack McFarlane, the owner of AMS, and in a series of phone calls and correspondence we attempted without success to resolve this matter. I was willing that South Coast pay the $4,541.14 - the sole unpaid invoice due for work performed - but McFarlane insisted on the 18% interest and, for a while, on the so-called administrative surcharge.

13. On January 12, 2005, I sent $4,541.14 to Kim Marine for him to hold in exchange for a lien release from AMS. On that day, AMS refused to accept this money. To this day, these funds remain in Kim Marine's control.

FURTHER AFFIANT SAYETH NAUGHT.

Dated ~~August~~ December 7, 2005.

Thomas L. Crandall

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

SUBSCRIBED AND SWORN TO before me this 7 day of December, 2005.

JAMIE A. KATZEEK NOTARY PUBLIC STATE OF ALASKA

Notary Public for Alaska
My commission expires 9-11-2008

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July ____, 2005, the foregoing document was mailed to:

- Richard E. Welsh, Esq.
  PO Box 100100
  Anchorage, AK 99510

- Geoffrey Currall, Esq.
  540 Water Street, #302
  Ketchikan, AK 99901

By________________________
Margaret Stroble

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

PAGE 5 SECOND AFFIDAVIT OF THOMAS L. CRANDALL
H:\2501\SCOAST V. AK MARINE SURVEYORS\2D CRANDALL AFF.WPD