Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

RECEIVED
FEB 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT,<br><br>Plaintiffs,<br><br>v.<br><br>Alaska Marine Surveyors, Inc.,<br><br>Defendant. | Case No. A05-0090 CV (JWS) |

### STATUS REPORT

Undersigned counsel hereby advises that this case has settled. Settlement funds have been tendered into Defendant's counsel's trust account, to be released from trust upon Defendant providing documentary evidence that Defendant's lien against the vessel has been properly recorded. Plaintiffs expect that a stipulation to dismiss this case with prejudice should be ready to file within two weeks.

///

///

PAGE 1    STATUS REPORT
H:\2501\SCOAST V. AK MARINE SURVEYORS\STATUS REPORT.FINAL.REALLY.WPD

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

DATED February 24, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Debtors

By: /s/ Cabot Christianson
Cabot Christianson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2006, the foregoing document was mailed to:

- Richard E. Welsh, Esq.
  PO Box 100100
  Anchorage, AK 99510

- Geoffrey Currall, Esq.
  540 Water Street, #302
  Ketchikan, AK 99901

By _____
Margaret Stroble

LAW OFFICE OF
CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, SUITE 302 • ANCHORAGE, ALASKA 99501
PHONE: (907) 258-6016 • FAX: (907) 258-2026

PAGE 2   STATUS REPORT
H:\2501\SCOAST V. AK MARINE SURVEYORS\STATUS REPORT.FINAL.REALLY.WPD