MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*SOUTH COAST, INC., et al.*   v.   *ALASKA MARINE SURVEYORS, INC.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-00090 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 1, 2006

    The court has been advised that this case has settled. Accordingly, the motions at dockets 39 and 48 are hereby **DENIED as moot.**