Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT, <br><br> Plaintiffs, <br><br> v. <br><br> Alaska Marine Surveyors, Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **Case No. A05-0090 CV (JWS)** |

**STATUS REPORT**

Plaintiffs' previous status report was apparently too optimistic concerning timing. Although the parties' settlement is still on track, a conformed copy of the recorded lien release has not been received and so the bond release, and other settlement details, cannot be accomplished. Plaintiffs request an additional two weeks to consummate the settlement.

DATED March 10, 2006.

                                     CHRISTIANSON & SPRAKER
                                     Attorneys for Debtors

                                     By: /s/ Cabot Christianson
                                         Cabot Christianson

PAGE 1        STATUS REPORT
                H:\2501\MISC FINISHED PROJECTS, EVENTS, LITIGATION, ETC\SCOAST V. AK MARINE SURVEYORS\MARCH 10
                STATUS REPORT.WPD

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2006, the foregoing document was mailed to:

- Richard E. Welsh, Esq.
  PO Box 100100
  Anchorage, AK 99510

- Geoffrey Currall, Esq.
  540 Water Street, #302
  Ketchikan, AK 99901


By:   /s/ Margaret Stroble
        Margaret Stroble

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #302   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

PAGE 2        STATUS REPORT
              H:\2501\MISC FINISHED PROJECTS, EVENTS, LITIGATION, ETC\SCOAST V. AK MARINE SURVEYORS\MARCH 10 STATUS REPORT.WPD