Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT, | )<br>)<br>) |
| Plaintiffs, | )<br>)  **Case No. A05-0090 CV (JWS)** |
| v. | )<br>) |
| Alaska Marine Surveyors, Inc., | )<br>) |
| Defendant. | )<br>) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties stipulate to dismiss this case with prejudice, each party to bear its own costs, according to the form of the Judgment lodged herewith. The parties stipulate that the bond referenced in the Judgment should be exonerated.

Dated this ____ day of March, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Plaintiffs

By: _____
Cabot Christianson

PAGE 1

H:\2501\MISC FINISHED PROJECTS, EVENTS, LITIGATION, ETC\SCOAST V. AK MARINE SURVEYORS\STIP TO DISMISS.WPD

Dated this 14th day of February, 2006.

                LAW OFFICE OF RICHARD E. WELSH
                Attorney for Defendant

                By: _____
                        Richard E. Welsh

I hereby certify that a copy of the foregoing has been furnished this 21 day of March, 2006 by mail/hand delivery to:

Richard E. Welsh, Esq.

By: _____

PAGE 2

H:\2501\SCOAST V. AK MARINE SURVEYORS\STIP TO DISMISS.WPD

Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT, <br><br> Plaintiffs, <br><br> v. <br><br> Alaska Marine Surveyors, Inc., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) **Case No. A05-0090 CV (JWS)** |

**JUDGMENT**

On the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear its own costs and fees. The surety bond in this case, No. 104569917 issued by Travelers Casualty and Surety Company of America, is discharged. The Notice of Claim of Lien filed by Alaska Marine Surveyors, Inc. against the barge Sunny Point, No. 604217, is hereby exonerated, released and satisfied.

Dated March ____, 2006.

_____
John W. Sedwick
United States District Judge

JUDGMENT

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201  ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026