Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 302
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| South Coast, Inc. and the barge SUNNY POINT, | ) ) ) |
| Plaintiffs, | ) ) ) **Case No. A05-0090 CV (JWS)** |
| v. | ) ) |
| Alaska Marine Surveyors, Inc., | ) ) |
| Defendant. | ) ) |

## JUDGMENT

On the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice, each party to bear its own costs and fees.  The surety bond in this case, No. 104569917 issued by Travelers Casualty and Surety Company of America, is discharged.  The Notice of Claim of Lien filed by Alaska Marine Surveyors, Inc. against the barge Sunny Point, No. 604217, is hereby exonerated, released and satisfied.

Dated March 29, 2006.

/s/
John W. Sedwick
United States District Judge

JUDGMENT